# In The United States Court of Federal Claims

No. 09-242L

(Filed: May 27, 2009)

_____

LOIS A. BURGESS, MARY VAN ELLEN and
ADELINE M. JOHNSON, for themselves and
as representatives of a class of similarly situated
persons,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On May 26, 2009, plaintiffs filed a motion to certify class action. All further briefing on plaintiffs' motion is hereby **STAYED**, subject to further order.

**IT IS SO ORDERED.**

                                                          s/ Francis M. Allegra
                                                          Francis M. Allegra
                                                          Judge