MAY-07-2009  09:25   BAKER STERCHI COWDEN RICE           3142314857   P.09/24
05/07/2009  08:05   13192672069           BCAC                        PAGE  09

**IN THE IOWA DISTRICT COURT FOR** _BUTLER_ **COUNTY**

REPORT OF CHANGE
OF TITLE

STATE OF IOWA,  
_Butler_ County  ss.   In the Matter of _ALMA JOHNSON ESTATE_

TO THE COUNTY AUDITOR OF _BUTLER_ COUNTY, IOWA:

I hereby certify that the title to the real estate hereinafter described, has been changed and established in (¹) _Lois Ann Burgess, 3603 Cypress Avenue, Cedar Falls, IA 50613, as Trustee of the Alma Johnson Trust,_

and in accordance with the provisions of Section 558.66, of the Code, of the State of Iowa, you are therefore required on payment of a recording and transfer fee of $16.00, to enter the same upon the transfer books as provided for in the transfer of deeds.

The description of the real estate hereinabove referred to, is as follows (²) _Undivided one-half interest in the Northeast Quarter (NE¼) of Section Ten (10), and the East One-half of the Northwest Quarter (E½ NW¼) and the West one-half of the Northeast Quarter (W½ NE¼), except the building site and except the railroad right of way of Section Twenty-six (26) all in Township Ninety-two (92) North, Range Seventeen (17) West of the 5th P.M._

In _Butler_ County, Iowa.

The change of title to the above described real estate was made as follows (³) _Final Report_

IN TESTIMONY WHEREOF, I have hereunto attached my official signature and affixed my official seal, on this __12__ day of __January__ 19__94__.

Entered for taxation this __ day    _Sharon Dralle_  
of _____, 19__    Clerk of District Court,  
_____ AUDITOR  By _____  
_____ DEPUTY       Clerk's Designee

(1) Give full name of person in whose name the title is established.  
(2) Give full description of real estate.  
(3) Show how the change of title was made; (a) If after the entry of the order approving the final report dated __January 11__ 19__94__, Probate No. _13323-1292_ per Section 633.480 or (b) if after the filing of inventory or report under the provisions of Section 450.22 without administration per Section 633.481 or (c) if by reason of judgment or decree, giving case number and date. ___ BOOK _139_ PAGE _467_



EXHIBIT A

THE IOWA STATE BAR ASSOCIATION                         FOR THE LEGAL EFFECT OF THE USE
RECORDING FEE $ ____6.00____   FILED FOR RECORD THE ___24___ DAY IN    STATE OF IOWA, BUTLER COUNTY
                                      _May_, 19_99_ AT 9:30
TRANSFER FEE $ ___10.00___    O'CLOCK __A__.M. BOOK __149__ PAGE __40__   By _____

**2039**  IN THE IOWA DISTRICT COURT FOR __BLACK HAWK__ COUNTY

IN THE MATTER OF THE ESTATE OF
EVERETT JOHNSON                                     PROBATE No. ESPR048472

                                                    CERTIFICATE OF
                                                    CHANGE OF TITLE

STATE OF IOWA,
BLACK HAWK _____ County } ss.

TO THE AUDITOR OF __BUTLER__ COUNTY, IOWA:

I hereby certify that the title to the real estate hereinafter described has been changed to and/or established in __LOIS A. BURGESS, TRUSTEE OF EVERETT JOHNSON TRUST__

In accordance with the provisions of Section 558.66 of the Iowa Code, you shall enter the change of title upon the transfer books.

The legal description of the real estate herein is as follows: __An undivided one-half interest in the Northeast Quarter (NE 1/4) of Section Ten (10), and the East One-Half of the Northeast Quarter (E 1/2, NE 1/4) and the West One-Half of the Northeast Quarter (W 1/2, NE 1/4), except the building site and except the railroad right of way of Section Twenty-six (26) all in Township Ninety-two (92) North, Range Seventeen (17) West of the 5th P.M.__

Change of Title to the above-described real estate was made as follows: (strike two)

(a) Pursuant to Section 633.480 after the entry of the Order Approving Final Report herein dated July 16, 19 96.

~~████████████████████~~
~~████████████████████~~

IN TESTIMONY WHEREOF, I have attached my official signature and affixed my official seal, on this __14th__ day of __May__, 19_99_.

                                            Jackie J Harrison
                                            Clerk District Court

                                            By _Judith Neuby_
                                                   Deputy

BOOK __149__ PAGE __40__

The Iowa State Bar Association                         116 CERTIFICATE OF CHANGE OF TITLE
This Printing January, 1996                             Rev January 1996

CHAIN OF TITLE

RE: Lois A. Burgess
    E½ NW¼ Sec. 26, Twp. 92, Rge. 17

1.) SE¼ NW¼ Sec. 26, Twp. 92, Rge. 17
Right of Way, from B.B. Richard and George Burden, to I.P.
R.R. Co., dated Sept. 11, 1872, and filed Sept. 14, 1872 in
Book "T" page 382.

2.) SE¼ NW¼
Quit Claim Deed, from Benjamin B. Richards and wife, to
George Burden, dated Sept. 20, 1883, and filed Nov. 27, 1883
in Book "Y" page 440.

3.) E½ NW¼
Warranty Deed from Eliza A. Burden and George A. Burden,
executors of the Estate of George Burden, deceased, to W. F.
Ray, dated Apr. 10, 1890, and filed Apr. 15, 1890 in Book
"40" page 560.

4.) NW¼, subj to R of W across S½ NW¼
Warranty Deed, from W. F. Ray, unmarried to John Evers, dated
Apr. 26, 1890, and filed Apr. 26, 1890 in Book "43" page 181.

5.) E½ NW¼
Warranty Deed, from John Evers, single, to Geska Evers, dated
June 14, 1890, and filed June 24, 1890 in Book "43" page 212.

6.) E½ NW¼
Warranty Deed, from Geska Rieman fka Evers, to Treno Evers,
dated Apr. 26, 1905, and filed Apr. 26, 1905 in Book "57"
page 181.

7.) E½ NW¼ and other real estate, subj. to C. G. W. Ry
Warranty Deed, from Enno J. Evers and wife Minnie, to Ernest
Speedy, dated July 26, 1924, and filed July 29, 1924 in Book
"68" page 478. (Und. ¼ int.)

8.) E½ NW¼ and other real estate, subj. to C. G. W. Ry
Warranty Deed, from John Evers, a widower; Treno J. Evers and
wife Jennie; Hie J. Evers, unmarried; Lena Hulsing and
husband John; Gertie Schneiderman and husband Harm; Maggie
Wildeboer and husband Harm; Hie A. Rieman, unmarried; Enno
Rieman, unmarried; Annie Rieman Bertram (formerly Annie
Rieman) and husband John; Treno Rieman and wife Marie; Josie
Rieman Timmer (formerly Josie Rieman) and husband Peter; and
Ernest Speedy and wife Margaret, to John Reiher and Harm C.
Reiher, dated Aug. 27, 1925, and filed Oct. 5, 1925 in Book
"65" page 595.

9.) E½ NW¼ and other real estate, subj. to C. G. W. Ry
    Warranty Deed, from John Reiher and wife Lydia, to Harm C.
    Reiher, dated Oct. 1, 1925, and filed Oct. 10, 1925 in Book
    "69" page 28. (Und. ¼ int.)

10.) E½ NW¼ and other real estate, subj. to C. G. W. Ry
     Warranty Deed, from Harm C. Reiher, to Clara Reiher, dated
     Sept. 1, 1932, and filed Sept. 2, 1932 in Book "72" page
     181.

11.) E½ NW¼ and other real estate, subj. r/w CGN
     Warranty Deed, from Clara Reiher, widow, to Everett Johnson
     and Alma Johnson, dated July 23, 1964, and filed Mar. 4,
     1968 in Book "98" page 263.

12.) E½ NW¼ and other real estate, except building site and
     except RR r of w
     Change of Title, from Alma Johnson Estate, to Lois Ann
     Burgess, dated Jan. 12, 1994, and filed Jan. 13, 1994 in
     Book "139" page 467. (Und. ¼ int.)

13.) E½ NW¼ and other real estate, except building site and
     except RR r of w
     Change of Title, from Everett Johnson Estate, to Lois A.
     Burgess, trustee of Everett Johnson Trust, dated May 14,
     1999, and filed May 24, 1999 in Book "149" page 40. (Und. ¼
     int.)