IOWA STATE BAR ASSOCIATION  
Official Form No. 1.1   (Trade-Mark Registered, State of Iowa, 1967)

FOR THE LEGAL EFFECT OF THE USE  
OF THIS FORM, CONSULT YOUR LAWYER



# WARRANTY DEED

**Know All Men by These Presents:** That __Harry C. Hummel, Jr. and Beatrice J. Hummel, husband and wife,__

_____, in consideration

of the sum of __One Dollar and Other Valuable Consideration__—

in hand paid do hereby Convey unto __Harry Hummel Farms, Inc.__

Grantees' Address: _____

the following described real estate, situated in __Butler__ County, Iowa, to-wit:

The Southeast Quarter (SE¼) of Section Twenty-six (26), Township Ninety-two (92) North, Range Seventeen (17) West of the 5th P.M., except a tract commencing at the Southeast corner of the Southeast Quarter, thence North 360 feet, thence Southwesterly to a point on section line which is 460 feet West of point of beginning, thence East 460 feet to point of beginning, subject to easements of record; and

The Northeast Quarter of the Southwest Quarter (NE¼ SW¼) of Section Twenty-six (26), Township Ninety-two (92) North, Range Seventeen (17) West of the 5th P.M. in Butler County, Iowa; and

The Southwest Quarter of the Southeast Quarter (SW¼ SE¼) and the Southwest Quarter (SW¼) all in Section Thirteen (13), Township Ninety-two (92) North, Range Seventeen (17) West of the 5th P.M. in Butler County, Iowa,

315

Transfer Fee  
$ 2.00

Entered for taxation this 2 day of _____ 1982  
_____ AUDITOR  
_____ DEPUTY

And the grantors do Hereby Covenant with the said grantees, and successors in interest, that said grantors hold said real estate by title in fee simple; that they have good and lawful authority to sell and convey the same; that said premises are Free and Clear of all Liens and Encumbrances Whatsoever except as may be above stated; and said grantors Covenant to Warrant and Defend the said premises against the lawful claims of all persons whomsoever, except as may be above stated.

Each of the undersigned hereby relinquishes all rights of dower, homestead and distributive share in and to the described premises.

Words and phrases herein including acknowledgment hereof shall be construed as in the singular or plural number, and as masculine or feminine gender, according to the context.

Signed this __11th__ day of __February__, 19__80__.

_____  
Harry C. Hummel, Jr.

_____  
Beatrice J. Hummel

STATE OF IOWA,  
COUNTY OF __BUTLER__ } ss.

On this __11th__ day of __February__ 19__80__ before me, the undersigned, a Notary Public in and for said County and State, personally appeared __Harry C. Hummel, Jr. and Beatrice J. Hummel, husband and wife,__

to me known to be the identical persons named in and who executed the foregoing instrument, and acknowledged that they executed the same as their voluntary act and deed.

_____  
Thomas A. _____, Notary Public in and for said County and State

$857.45

BOOK 116 PAGE 229

EXHIBIT N

Entered for taxation this 31
day of Dec 20 08
Holly Fokkena Auditor
A Stanbrough Deputy

RECORDING FEE $ 12.00

TRANSFER FEE $ 5.00

FILED FOR RECORD THE 31 DAY OF December 20 08 AT 10:00 O'CLOCK A.M. INSTRUMENT NO. 2008-5438

STATE OF IOWA, BUTLER COUNTY:
_____ RECORDER
BY _____ DEPUTY

Prepared By and Return to: Thomas A. Lawler, Attorney, Lawler & Swanson, P.L.C., 601 Coates Street, P.O. Box 280, Parkersburg, Iowa 50665, Telephone: (319) 346-2650
Taxpayer Information: Beatrice Hummel, 1608 Hillside Dr., Waverly, Iowa 50677

## WARRANTY DEED

For the consideration of One Dollar and other valuable consideration, Harry Hummel Farms, Inc., does hereby convey to Beatrice Hummel, a life estate interest, to Kevin Hummel a life estate interest following the termination of Beatrice Hummel's life estate interest and to Derek Hummel in fee simple subject to Beatrice Hummel's life estate interest and Kevin Hummel's life estate interest, the following described real estate in Butler County, Iowa, to-wit:

A one-half interest in the Northeast Quarter of the Southwest Quarter (NE1/4 SW1/4) of Section Twenty-six (26), Township Ninety-two (92) North, Range Seventeen (17) West of the 5th P.M., Butler County, Iowa

Consideration is $500 or less.

Grantor does Hereby Covenant with grantees, and successors in interest, that grantor holds the real estate by title in fee simple; that it has good and lawful authority to sell and convey the real estate; that the real estate is Free and Clear of all Liens and Encumbrances except as may be above stated; and grantor Covenants to Warrant and Defend the real estate against the lawful claims of all persons except as may be above stated. Each of the undersigned hereby relinquishes all rights of dower, homestead and distributive share in and to the real estate.

Words and phrases herein, including acknowledgment hereof, shall be construed as in the singular or plural number, and as masculine, feminine or neuter gender, according to the context.

Signed this _____ day of December, 2008.

HARRY HUMMEL FARMS, INC.

By: _____
    Beatrice Hummel

STATE OF IOWA            )
                         ( ss:
COUNTY OF BREMER         )

On this ___?c___ day of __S_____, 2008, before me, the undersigned, a Notary Public in and for said County and State, personally appeared Beatrice Hummel, to me personally known, who, being by me duly sworn, did say that she is the Secretary, respectively, of said corporation executing the within and foregoing instrument, that no seal has been procured by the said corporation; that said instrument was signed on behalf of said corporation by authority of its Board of Directors; and that the said Beatrice Hummel, as such officer, acknowledged the execution of said instrument to be the voluntary act and deed of said corporation, by it and by her voluntarily executed.

_____
Notary Public in and for said County and State

