IOWA STATE BAR ASSOCIATION　　　　　　　　　　　　　　　FOR THE LEGAL EFFECT OF THE USE
Official Form No. 1.1 (Trade-Mark Registered, State of Iowa, 1967)　　　　　　OF THIS FORM, CONSULT YOUR LAWYER



# WARRANTY DEED

**Know All Men by These Presents:** That we, Henry Kruger and Tillie Kruger, husband and wife,

_____, in consideration

of the sum of  Six Thousand and no/100 ------------------------------------

in hand paid do hereby Convey unto  Northeast Iowa Christian Service Camp

of the State of Iowa

the following described real estate, situated in  Butler  County, Iowa, to-wit:

A tract commencing at the Northwest corner of Lot Two (2) of the Subdivision of the Northwest Quarter of the Southwest Quarter (NW¼ SW¼) of Section Twenty-four (24), thence North to the Northwest corner of Lot Four (4) of the subdivision of the Southwest Quarter of the Northwest Quarter (SW¼ NW¼) of said section, thence East Four Hundred Ninety-five (495) feet to the West line of Lot Two (2) of said subdivision, thence South Three rods Sixteen feet (3 rds. 16 ft.) to the Southwest corner of Lot Two (2), thence East One Hundred Ninety (190) feet, thence South at right angles to Northerly right of way line of the Chicago Great Western Railroad Company, thence Southwesterly along said right of way line to a point where said right of way line intersects a line which is the West boundary line of the East Fifteen acres (E. 15 a.) of the Northeast Quarter of the Southeast Quarter (NE¼ SE¼) of Section Twenty-three (23), thence North along said Westerly boundary line to the North line of the Northeast Quarter of the Southeast Quarter (NE¼ SE¼), thence East at right angles approximately Four Hundred Ninety-five (495) feet to point of beginning, all in Township Ninety-two (92) North, Range Eighteen (18) West of the Fifth P.M.

Entered for taxation this 1st day of May, 1970.
_Vernon O. Larsen_ AUDITOR
_Esther E. Klunder_ DEPUTY

And the grantors do **Hereby Covenant** with the said grantees, and successors in interest, that said grantors hold said real estate by title in fee simple; that they have good and lawful authority to sell and convey the same; that said premises are **Free and Clear of all Liens and Encumbrances Whatsoever** except as may be above stated; and said grantors Covenant to **Warrant and Defend** the said premises against the lawful claims of all persons whomsoever, except as may be above stated.

Each of the undersigned hereby relinquishes all rights of dower, homestead and distributive share in and to the described premises.

Words and phrases herein, including acknowledgment hereof shall be construed as in the singular or plural number, and as masculine or feminine gender, according to the context.

Signed this  27th  day of  February , 19 70

_Henry Kruger_
Henry Kruger

_Tillie Kruger_
Tillie Kruger

STATE OF IOWA,
COUNTY OF  BUTLER  } ss.

On this  27th  day of  February , 19 70  before me, the undersigned, a Notary Public in and for said County, in said State, personally appeared  Henry Kruger and Tillie Kruger, husband and wife,

to me known to be the identical persons named in and who executed the foregoing instrument, and acknowledged that they executed the same as their voluntary act and deed.

_Virgil E. Shepard_
NOTARY PUBLIC - STATE OF IOWA
My Commission Expires July 4, 1972
Notary Public in and for said County

652

Transfer Fee
$  50¢

REAL ESTATE TRANSFER TAX
049 $ 006.60 TRSF FEE

STATE OF IOWA, BUTLER COUNTY
FILED FOR RECORD THE 30 DAY OF
April , 19 70 AT 2:05 O'CLOCK
P. M. BOOK 101 PAGE 223
FILE NO. 652  FEE $ 1.50 W.T.
_Roberta E. Klunder_ RECORDER

BOOK 101 PAGE 223

F-6270　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1.1  WARRANTY DEED
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　This Printing: April 8, 1969

EXHIBIT T