IOWA STATE BAR ASSOCIATION
Official Form No. 1.2 (Several Grantors)   (Trade-Mark Registered, State of Iowa, 1967)

FOR THE LEGAL EFFECT OF THE USE OF THIS FORM, CONSULT YOUR LAWYER



# WARRANTY DEED

**Know All Men by These Presents:** That we, Donald T. Faint, single; Robert B. Faint and LUCILLE A. Faint, husband and wife; LeRoy J. Faint and Vivian Faint, husband and wife; and Louise Adamson and Edward Adamson, wife and husband

in consideration* of the sum of   One Dollar and other valuables

in hand paid do hereby Convey unto   Vern H. Reiher and Gary A. Miller

Grantees' Address:   Allison, Iowa
the following described real estate, situated in   Butler   County, Iowa, to-wit:

The Northwest quarter of the Northeast quarter (NW¼ NE¼), Lot Thirteen (13) of the Subdivision of the Northeast quarter of the Northeast quarter (NE¼ NE¼), and all that portion of the Southwest quarter of the Northeast quarter (SW¼ NE¼) lying north of the right of way of the C. G. W. Railway, except two (2) acres in the northwest corner of the W½ NE¼ used for cemetery, and except that portion of the west 16 rods and 2 feet of the W½ NE¼ lying north of the right of way of the C. G. W. Railway, all in Section Twenty-four (24), Township Ninety-two (92) North, Range Eighteen (18) West of the 5th P.M.

And the grantors do Hereby Covenant with the said grantees, and successors in interest, that said grantors hold said real estate by title in fee simple; that they have good and lawful authority to sell and convey the same; that said premises are Free and Clear of all Liens and Encumbrances Whatsoever except as may be above stated; and said grantors Covenant to Warrant and Defend the said premises against the lawful claims of all persons whomsoever, except as may be above stated.

Each of the undersigned hereby relinquishes all rights of dower, homestead and distributive share in and to the above described premises.

Words and phrases herein, including acknowledgment hereof, shall be construed as in the singular or plural number, and as masculine or feminine gender, according to the context.

Signed this _____ day of ~~June~~ May, 19 76.

* Real Estate Transfer Tax: See Chapter 428A, the Code-1973

_Donald T Faint_   Aplington, Iowa
Donald T. (Grantor) Faint   (Address of Grantor)

_Robert B Faint_
Robert B. (Grantor) Faint   Webster City, Iowa
   (Address of Grantor)

_Lucille A Faint_
Lucille A. (Grantor) Faint   Webster City, Iowa
   (Address of Grantor)

_LeRoy J. Faint_
LeRoy J. (Grantor) Faint   Mt. Vernon, Iowa
   (Address of Grantor)

_Vivian M. Faint_
Vivian M. (Grantor) Faint   Mt. Vernon, Iowa
   (Address of Grantor)

_Louise E. Adamson_
Louise E. (Grantor) Adamson   Cedar Falls, Iowa
   (Address of Grantor)

_Edward Adamson_
Edward (Grantor) Adamson   Cedar Falls, Iowa
BOOK 110 PAGE 124   (Address of Grantor)

EXHIBIT FF

STATE OF ____IOWA_____, ____HAMILTON_____ COUNTY, ss:

On this __3RD__ day of __May__, 19__76__, before me, the undersigned, a Notary Public in and for said County and said State, personally appeared __Robert B. Faint__ and __LUCILLE A. FAINT, HUSBAND AND WIFE,__

to me known to be the identical persons named in and who executed the foregoing instrument, and acknowledged that they executed the same as their voluntary act and deed.

_Patricia Jacobson_
__PATRICIA JACOBSON__ Notary Public in and for said County and said State.

STATE OF ____IOWA_____, ____Linn_____ COUNTY, ss:

On this __10th__ day of __May__, 19__76__, before me, the undersigned, a Notary Public in and for said County and said State, personally appeared __LeRoy J. Faint and Vivian Faint, husband and wife__

to me known to be the identical persons named in and who executed the foregoing instrument, and acknowledged that they executed the same as their voluntary act and deed.

_Cheryl A. Uthof_
__Cheryl A. Uthof__, Notary Public in and for said County and said State.

[Stamp: CHERYL A. UTHOF MY COMMISSION EXPIRES 9-30-78]

STATE OF ____Iowa_____, ____Butler_____ COUNTY, ss:

On this __26__ day of __May__, 19__76__, before me, the undersigned, a Notary Public in and for said County and said State, personally appeared __Louise Adamson and Edward Adamson, wife and husband__

to me known to be the identical persons named in and who executed the foregoing instrument, and acknowledged that they executed the same as their voluntary act and deed.

_Duane T Bauman_
_____, Notary Public in and for said County and said State.

[Stamp: DUANE T. BAUMAN MY COMMISSION EXPIRES SEPTEMBER 30, 1977]

**Warranty Deed**

TO

Entered upon transfer books and for taxation this ___ day of _May_, 19_76_, _____ Auditor, By _____ Deputy

Filed for record, indexed and delivered to County Auditor this _2nd_ day of _June_, 19_76_, at _1:42_ o'clock _P_ M., and recorded on page _134-135_ Book _110_ of _Deeds_ of _Butler_ County Records. Recorder's and Auditor's fee $_5.50_ PAID. _____ Recorder, By _____ Deputy

WHEN RECORDED RETURN TO

BUTLER COUNTY ABSTRACT COMPANY

FOR THE LEGAL EFFECT OF THE USE OF THIS FORM, CONSULT YOUR LAWYER

STATE OF IOWA, ____BUTLER_____ COUNTY, ss:

On this __28__ day of __May__, A. D. 19__76__, before me, the undersigned, a Notary Public in and for the State of Iowa, personally appeared __Donald T. Faint__

to me known to be the identical persons named in and who executed the within and foregoing instrument, **to which this is attached,** and acknowledged that they executed the same as their voluntary act and deed.

_Duane T Bauman_
Notary Public in and for the State of Iowa

[Stamp: DUANE T. BAUMAN MY COMMISSION EXPIRES SEPTEMBER 30, 1977]

IOWA STATE BAR ASSOCIATION
Official Form No. 11

BOOK _110_ PAGE _135_

THE IOWA STATE BAR ASSOCIATION
Official Form No. 101

FOR THE LEGAL EFFECT OF THE USE OF THIS FORM, CONSULT YOUR LAWYER

RECORDING FEE $ 11.00
TRANSFER FEE $ 10.00
FILED FOR RECORD THE 9 DAY OF July 19 97 AT 3:05 O'CLOCK P.M. BOOK 145 PAGE 217-28
STATE OF IOWA, BUTLER COUNTY:
Craig J. _____ Recorder
By _____ Deputy

Preparer Information: DALE HANSMANN, 1201 HIGHWAY 20, PARKERSBURG, (319) 346-1133

# WARRANTY DEED

For the consideration of **One** Dollar(s) and other valuable consideration,

**Vern H. Reiher and Marilee N. Reiher, husband and wife,**

do hereby Convey to

**Vern H. Reiher**

the following described real estate in **Butler** County, Iowa:

See Attached for Description

Consideration Less Than $500--No Revenue Stamps Required.

Deed between husband and wife without actual consideration and therefore is exempt from Declaration of Value and Groundwater Hazard Statement requirements.

Grantors do Hereby Covenant with grantees, and successors in interest, that grantors hold the real estate by title in fee simple; that they have good and lawful authority to sell and convey the real estate; that the real estate is Free and Clear of all Liens and Encumbrances except as may be above stated; and grantors Covenant to Warrant and Defend the real estate against the lawful claims of all persons except as may be above stated. Each of the undersigned hereby relinquishes all rights of dower, homestead and distributive share in and to the real estate.

Words and phrases herein, including acknowledgment hereof, shall be construed as in the singular or plural number, and as masculine or feminine gender, according to the context.

STATE OF **IOWA**,
**BUTLER** COUNTY, ss:

On this **8th** day of **July**, 19 **97**, before me, the undersigned, a Notary Public in and for said State, personally appeared **Vern H. Reiher and Marilee N. Reiher, husband and wife,** to me known to be the identical persons named in and who executed the foregoing instrument and acknowledged that they executed the same as their voluntary act and deed.

Dale Hansmann
Notary Public

Dated: July 8th, 1997

Vern H. Reiher (Grantor)

Marilee N. Reiher (Grantor)

Entered for taxation this 9 day of July, 19 97
Donald W. Johnson AUDITOR
Karla Voss DEPUTY

(Grantor)

(Grantor)

BOOK 145 PAGE 217

© The Iowa State Bar Association
CALFS Release 3.0 6/94

101 WARRANTY DEED
Revised November, 1995

The Southeast Quarter (SE 1/4) of Section Thirteen (13) in Township Ninety-two (92) North, Range Eighteen (18) West of the 5th P.M., in Butler County, Iowa, except the following described tracts:

  A.  Southeast Quarter of the Southeast Quarter (SE 1/4 SE 1/4 of said Section Thirteen (13);

  B.  A parcel of land located in the Southeast Quarter (SE 1/4) of Section 13, Township 92 North, Range 18 West of the 5th P.M. described as follows: Commencing at the Southwest corner of the Southeast Quarter of the Southeast Quarter (SE 1/4 SE 1/4) of said Section 13, thence due East 201.7 feet to the point of beginning, thence continuing East 25 feet, thence due North 380.8 feet, thence due West 444.6 feet to an existing fence, thence South 0°38' East along the existing fence 100 feet to an iron pin, thence due East 418.5 feet, thence due South 280.8 feet to the point of beginning. Containing 1.18 acres. The South line of the SE 1/4 of said Section 13 is assumed to bear due East and West;

  C.  A tract beginning at the Southeast corner of the West One-half of the Southeast Quarter (W 1/2 SE 1/4), thence West 213.7 feet, thence North 380.8 feet, thence East to the East line of the West One-half of the Southeast Quarter (W 1/2 SE 1/4), thence South to the point of beginning;

  D.  A parcel of land located in the Southeast Quarter (SE 1/4) of Section 13, Township 92 North, Range 18 West of the 5th P.M. described as beginning at the Southwest corner of the Southeast Quarter of the Southeast Quarter (SE 1/4 SE 1/4) of said Section 13, thence due East 201.7 feet, thence due North 280.8 feet, thence due West 418.5 feet, thence South 0°38' East along the existing fence 280.8 feet, thence due East 213.7 feet to the point of beginning; and

The North One-half of the Northeast Quarter of the Southwest Quarter (N 1/2 NE 1/4 SW 1/4) of Section Thirteen (13), Township Ninety-two (92) North, Range Eighteen (18) West of the 5th P.M. in Butler County, Iowa; and

The Northwest Quarter of the Northeast Quarter (NW 1/4 NE 1/4), Lot Thirteen (13) of the Subdivision of the Northeast Quarter of the Northeast Quarter (NE 1/4 NE 1/4) and all that portion of the Southwest Quarter of the Northeast Quarter (SW 1/4 NE 1/4) lying north of the right of way of the C. G. W. Railway, all in Section Twenty-four (24), Township Ninety-two (92) North, Range Eighteen (18) West of the 5th P.M. in Butler County, Iowa, except the following described tracts:

  A.  Two (2) acres in the Northwest corner of the West One-half of the Northeast Quarter (W 1/2 NE 1/4) used for cemetery;

  B.  That portion of the West 16 rods and 2 feet of the West One-half of the Northeast Quarter (W 1/2 NE 1/4) lying north of the right of way of the C. G. W. Railway;

  C.  That part of Lot 13 of the subdivision of the Northeast Quarter of the Northeast Quarter (NE 1/4 NE 1/4) of Section 24, Township 92 North, Range 18 West of the 5th P.M., described as commencing at the Northwest corner of the Northeast Quarter of the Northeast Quarter (NE 1/4 NE 1/4) of said Section 24, thence South 0°08'00" West 845.68 feet, thence North 90°00'00" East 33 feet to the point of beginning, thence North 90°00'00" East 618.66 feet, thence Southwesterly along a curve a distance of 642.27 feet, said curve having a radius of 5729.65 feet and a chord bearing of South 74°39'50" West 641.93 feet to the West line of said Lot 13, thence North 0°08'00" East 169.78 feet along said West line to the point of beginning

BOOK 145 PAGE 218