

IOWA STATE BAR ASSOCIATION
Official Form No. 1.1   (Trade-Mark Registered, State of Iowa, 1967)

FOR THE LEGAL EFFECT OF THE USE
OF THIS FORM, CONSULT YOUR LAWYER

# WARRANTY DEED

**Know All Men by These Presents:** That __Harry C. Hummel, Jr. and Beatrice J.__
__Hummel, husband and wife,__

_____, in consideration

of the sum of __One Dollar and Other Valuable Consideration——————__

in hand paid do hereby Convey unto _____Harry Hummel Farms, Inc._____

Grantees' Address: _____

the following described real estate, situated in _____Butler_____ County, Iowa, to-wit:

The Southeast Quarter (SE¼) of Section Twenty-six (26),
Township Ninety-two (92) North, Range Seventeen (17)
West of the 5th P.M., except a tract commencing at the
Southeast corner of the Southeast Quarter, thence North
360 feet, thence Southwesterly to a point on section line
which is 460 feet West of point of beginning, thence East
460 feet to point of beginning, subject to easements of
record; and

The Northeast Quarter of the Southwest Quarter (NE¼ SW¼)
of Section Twenty-six (26), Township Ninety-two (92) North,
Range Seventeen (17) West of the 5th P.M. in Butler County,
Iowa; and

The Southwest Quarter of the Southeast Quarter (SW¼ SE¼)
and the Southwest Quarter (SW¼) all in Section Thirteen
(13), Township Ninety-two (92) North, Range Seventeen
(17) West of the 5th P.M. in Butler County, Iowa,

Entered for taxation this 2 day
of _____ 1982.
_____ AUDITOR
_____ DEPUTY

STATE OF IOWA BUTLER COUNTY
FILED FOR RECORD THE 7 DAY OF
March 19 82 AT 9:00 O'CLOCK
D. in book 116 page 279
Fee No. 315 Fee 3.00
Ciary Becker RECORDER

315
Transfer Fee
$ 3.00

Rev. Stamps
$857.45

And the grantors do Hereby Covenant with the said grantees, and successors in interest, that said grantors hold said real estate by title in fee simple; that they have good and lawful authority to sell and convey the same; that said premises are Free and Clear of all Liens and Encumbrances Whatsoever except as may be above stated; and said grantors Covenant to Warrant and Defend the said premises against the lawful claims of all persons whomsoever, except as may be above stated.

Each of the undersigned hereby relinquishes all rights of dower, homestead and distributive share in and to the described premises.

Words and phrases herein including acknowledgment hereof shall be construed as in the singular or plural number, and as masculine or feminine gender, according to the context.

Signed this __11th__ day of __February__ 19 80.

_Harry C. Hummel Jr._
Harry C. Hummel, Jr.

_Beatrice J. Hummel_
Beatrice J. Hummel

STATE OF IOWA,
COUNTY OF __BUTLER__ } ss.

On this __11th__ day of __February__ 19 80 before
me, the undersigned, a Notary Public in and for said County and
State, personally appeared
__Harry C. Hummel, Jr. and Beatrice J.__
__Hummel, husband and wife,__

to me known to be the identical persons named in and who
executed the foregoing instrument, and acknowledged that they
executed the same as their voluntary act and deed.

_Thomas A. Lawler_ Notary Public in and for said County and State

$857.45

BOOK 116 PAGE 279

**EXHIBIT**
_N_

Entered for taxation this _31_
day of _Dec_ 20_08_
_Holly Fokkena_ Auditor
_A Stanbrough_ Deputy

RECORDING FEE $ _12.00_    |    FILED FOR RECORD THE _31_ DAY OF    |    STATE OF IOWA, BUTLER COUNTY    RECORDER
_December_ 20 _08_ AT _10.00_
TRANSFER FEE $ _5.00_    |    O'CLOCK _A_ M. INSTRUMENT NO _2008 5438_    |    BY _____ DEPUTY

Prepared By and Return to: Thomas A. Lawler, Attorney, Lawler & Swanson, P.L.C., 601 Coates Street, P.O. Box 280,
Parkersburg, Iowa 50665, Telephone: (319) 346-2650
Taxpayer Information: Beatrice Hummel, 1608 Hillside Dr. , Waverly, Iowa 50677

# WARRANTY DEED

For the consideration of One Dollar and other valuable consideration, Harry Hummel Farms, Inc.,
does hereby convey to Beatrice Hummel, a life estate interest, to Kevin Hummel a life estate interest fol-
lowing the termination of Beatrice Hummel's life estate interest and to Derek Hummel in fee simple sub-
ject to Beatrice Hummel's life estate interest and Kevin Hummel's life estate interest, the following de-
scribed real estate in Butler County, Iowa, to-wit:

A one-half interest in the Northeast Quarter of the Southwest
Quarter (NE1/4 SW1/4) of Section Twenty-six (26), Township
Ninety-two (92) North, Range Seventeen (17) West of the 5th P.M.,
Butler County, Iowa

**Consideration is $500 or less.**

Grantor does Hereby Covenant with grantees, and successors in interest, that grantor holds the
real estate by title in fee simple; that it has good and lawful authority to sell and convey the real estate;
that the real estate is Free and Clear of all Liens and Encumbrances except as may be above stated; and
grantor Covenants to Warrant and Defend the real estate against the lawful claims of all persons except as
may be above stated. Each of the undersigned hereby relinquishes all rights of dower, homestead and
distributive share in and to the real estate.

Words and phrases herein, including acknowledgment hereof, shall be construed as in the singu-
lar or plural number, and as masculine, feminine or neuter gender, according to the context.

Signed this _2C_ day of _December_, 2008.

HARRY HUMMEL FARMS, INC.

By: _Beatrice Hummel_
Beatrice Hummel

STATE OF IOWA          )
                     ( ss:

COUNTY OF BREMER    )

    On this _____ day of _____, 2008, before me, the undersigned, a Notary Public in and for said County and State, personally appeared Beatrice Hummel, to me personally known, who, being by me duly sworn, did say that she is the Secretary, respectively, of said corporation executing the within and foregoing instrument, that no seal has been procured by the said corporation; that said instrument was signed on behalf of said corporation by authority of its Board of Directors; and that the said Beatrice Hummel, as such officer, acknowledged the execution of said instrument to be the voluntary act and deed of said corporation, by it and by her voluntarily executed.



_____
Notary Public in and for said County and State

THOMAS A. L_____
COMMISSION NO. _____
MY COMMISSIO_ _____
4-1-___