# In The United States Court of Federal Claims

No. 09-242L

(Filed: May 20, 2010)
_____

LOIS A. BURGESS, MARY VAN ELLEN and
ADELINE M. JOHNSON, for themselves and as
representatives of a class of similarly situated
persons,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On May 6, 2010, the parties filed a joint motion to modify the scheduling order, seeking an unspecified extension of the deadline for raising issues with the court concerning the Claim Index and Claim Book. Following the court's request for a proposed deadline, the parties filed a joint supplement to their motion on May 17, 2010, proposing that the deadline be extended from May 25, 2010, until June 25, 2010. The parties' motion, as amended, is **GRANTED**, and the schedule shall be modified as follows:

1. On or before June 25, 2010, Class Counsel shall supplement or amend the Class Index and Claim Book in an effort to address any remaining defendant's objections and requests; if defendant believes that these additional materials are insufficient, it may raise the matter with the court in an appropriate filing; and

2. On or before July 9, 2010, the parties shall file a joint status report summarizing any stipulations regarding liability and proposing a further schedule of proceedings in this case.

**IT IS SO ORDERED.**

        s/ Francis M. Allegra
        Francis M. Allegra
        Judge