# In The United States Court of Federal Claims

No. 09-242L

(Filed: June 17, 2010)

_____

LOIS A. BURGESS, MARY VAN ELLEN and
ADELINE M. JOHNSON, for themselves and
as representatives of a class of similarly situated
persons,

                Plaintiffs,

  v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On June 11, 2010, defendant filed a motion to modify the scheduling order, seeking to extend the deadline for raising objections or requests with the court concerning the Claim Index and Claim Book. Plaintiff filed its opposition to this motion on June 14, 2010. Defendant's motion is **GRANTED**, **in part**, and the schedule shall be modified as follows:

1. On or before July 16, 2010, Class Counsel shall supplement or amend the Class Index and Claim Book in an effort to address any remaining of defendant's objections and requests; if defendant believes that these additional materials are insufficient, it may raise the matter with the court in an appropriate filing; and

2. On or before July 30, 2010, the parties shall file a joint status report summarizing any stipulations regarding liability and proposing a further schedule of proceedings in this case.

    **IT IS SO ORDERED.**

                                                          s/ Francis M. Allegra_____
                                                           Francis M. Allegra
                                                           Judge