# In The United States Court of Federal Claims

No. 09-242L

(Filed: July 22, 2010)
_____

LOIS A. BURGESS, MARY VAN ELLEN and
ADELINE M. JOHNSON, for themselves and as
representatives of a class of similarly situated
persons,

        Plaintiffs,

   v.

THE UNITED STATES,

        Defendant.
_____

**ORDER**
_____

      The court hereby amends the discovery schedule in this case, previously amended on June 17, 2010, as follows: On or before August 6, 2010, the parties shall file a joint status report summarizing any stipulations regarding liability and proposing a further schedule of proceedings in this case.

      **IT IS SO ORDERED.**

                                                            s/ Francis M. Allegra
                                                            Francis M. Allegra
                                                             Judge