# In The United States Court of Federal Claims

No. 09-242L

(Filed: July 30, 2010)
_____

LOIS A. BURGESS, MARY VAN ELLEN and
ADELINE M. JOHNSON, for themselves and as
representatives of a class of similarly situated
persons,

        Plaintiffs,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On July 29, 2010, defendant filed an unopposed motion to extend the time to file its reply brief in support of its motion for miscellaneous relief. Defendant's motion is hereby **GRANTED**, and the schedule shall be modified as follows:

1. On or before August 16, 2010, defendant shall file its reply brief in support of its motion for miscellaneous relief concerning plaintiffs' claim book; and

2. On or before August 23, 2010, the parties shall file a joint status report summarizing any stipulations regarding liability and proposing a further schedule of proceedings in this case.

**IT IS SO ORDERED.**

        s/ Francis M. Allegra
        Francis M. Allegra
        Judge