# In The United States Court of Federal Claims

No. 09-242L

(Filed: August 24, 2010)

_____

LOIS A. BURGESS, MARY VAN ELLEN and
ADELINE M. JOHNSON, for themselves and
as representatives of a class of similarly situated
persons,

              Plaintiffs,

   v.

THE UNITED STATES,

              Defendant.

_____

**ORDER**

_____

     A telephonic oral argument on Plaintiffs' Motion to Resolve Outstanding Objections to Plaintiffs' Class Index and Claim Book will be held in this case on Tuesday, October 19, 2010, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge