# In The United States Court of Federal Claims

No. 09-242L

(Filed: September 9, 2010)

_____

LOIS A. BURGESS, MARY VAN ELLEN and
ADELINE M. JOHNSON, for themselves and
as representatives of a class of similarly
situated persons,

                    Plaintiffs,

      v.

THE UNITED STATES,

                    Defendant.

_____

**ORDER**

_____

On September 8, 2010, plaintiffs filed electronically their proposed findings of uncontroverted fact, docket numbers 52, 53, and 54, to which were attached 72 separate Adobe PDF files.  The proposed findings of uncontroverted fact, docket numbers 52, 53, and 54, are hereby stricken, as they do not comply with United States Court of Federal Claims General Order 42A, Part I.4.  On or before September 14, 2010, plaintiffs shall refile their proposed findings of uncontroverted fact, combining the contents of each Adobe PDF file so as to minimize the total number of attachments filed (while keeping within the 5 megabyte maximum file size requirement).

      **IT IS SO ORDERED.**

                                                                  s/Francis M. Allegra
                                                                  Francis M. Allegra
                                                                  Judge