# In The United States Court of Federal Claims

No. 09-242L

(Filed: October 8, 2010)

_____

LOIS A. BURGESS, MARY VAN ELLEN and
ADELINE M. JOHNSON, for themselves and
as representatives of a class of similarly
situated persons,

                      Plaintiffs,

      v.

THE UNITED STATES,

                      Defendant.

_____

**ORDER**

_____

On July 16, 2010, defendant filed a motion for miscellaneous relief to resolve outstanding objections to plaintiffs' class index and claim book. After the motion had been fully briefed, on August 23, 2010, the parties filed a joint status report on stipulations, in which the parties indicated that they would be able to resolve outstanding document production issues without involving the court. Upon review of defendant's objections filed and briefed with the court, the court requests clarification as to what, if any, objections to plaintiffs' class index and claim book remain to be addressed in an oral argument, currently scheduled for October 19, 2010. On or before October 13, 2010, the parties shall file separate status reports addressing what, if any, issues relating to the class index and claims book remain to be resolved.

      **IT IS SO ORDERED.**

                                                    s/Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge