# In The United States Court of Federal Claims

No.  09-242L

(Filed:  October 12, 2010)

_____

LOIS A. BURGESS, MARY VAN ELLEN and
ADELINE M. JOHNSON, for themselves and
as representatives of a class of similarly
situated persons,

                         Plaintiffs,

             v.

THE UNITED STATES,

                         Defendant.

_____

## ORDER

_____

     On October 12, 2010, defendant filed an unopposed motion for extension of time to file its response to plaintiff's motion for partial summary judgment.  This motion is hereby **GRANTED**.  On or before October 27, 2010, defendant shall file its response.

     **IT IS SO ORDERED.**


                                             s/Francis M. Allegra
                                             Francis M. Allegra
                                             Judge