# In The United States Court of Federal Claims

No. 09-242L

(Filed: October 29, 2010)

_____

LOIS A. BURGESS, MARY VAN ELLEN and
ADELINE M. JOHNSON, for themselves and
as representatives of a class of similarly
situated persons,

                Plaintiffs,

                v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On October 26, 2010, the parties filed a joint status report requesting the court to stay further liability briefing pending settlement negotiations. After reviewing the joint status report, the court orders the following:

1. Briefing on plaintiff's motion for partial summary judgment is hereby **STAYED**;

2. On or before December 22, 2010, and every 61 days thereafter, the parties shall file a joint status report regarding the progress of settlement negotiations; the parties shall notify the court immediately if settlement discussions breakdown; and

3. If these reports fail to show progress toward settlement, the court will restore this case to the active docket.

**IT IS SO ORDERED.**

                                            s/Francis M. Allegra
                                            Francis M. Allegra
                                            Judge