# In The United States Court of Federal Claims

No. 09-242L

(Filed: June 21, 2011)

_____

LOIS A. BURGESS, MARY VAN ELLEN
and ADELINE M. JOHNSON, for themselves
and as representatives of a class of similarly
situated persons,

                Plaintiffs,

       v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**
_____

On June 20, 2011, the parties filed a joint status report indicating an impasse in their settlement negotiations and requesting that the stay be lifted. The court hereby restores this case to the active docket. Accordingly:

1. On or before July 8, 2011, defendant shall file its response to plaintiffs' motion for partial summary judgment on liability; and

2. On or before July 22, 2011, plaintiffs shall file their reply to defendant's response to their motion.

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge