# In The United States Court of Federal Claims

No. 09-242L

(Filed: July 27, 2011)
_____

LOIS A. BURGESS, MARY VAN ELLEN
and ADELINE M. JOHNSON, for themselves
and as representatives of a class of similarly
situated persons,

                    Plaintiffs,

      v.

THE UNITED STATES,

                    Defendant.

_____

**ORDER**
_____

On June 21, 2011, the court ordered defendant to file its response to plaintiffs' motion for partial summary judgment on or before July 7, 2011, and plaintiffs to file their reply to defendant's response on or before July 22, 2011. On July 7, 2011, defendant filed its response and a cross-motion for summary judgment. To date, plaintiffs have not file their reply brief. On July 26, 2011, plaintiffs filed motion for leave to file out of time and in excess of page limits.

1. Plaintiffs' motion is here by **GRANTED**, in part, and **DENIED**, in part:

    a. On or before August 8, 2011, plaintiffs shall file their reply to defendant's response to their motion for partial summary judgment and their response to defendant's cross-motion for summary judgment; and

    b. Plaintiffs' brief shall not exceed fifty pages.

2. On or before August 22, 2011, defendant shall file its reply to plaintiffs' response to its cross-motion for summary judgment, which brief shall not exceed thirty pages in length.

**IT IS SO ORDERED.**

              s/ Francis M. Allegra
              Francis M. Allegra
              Judge