# In The United States Court of Federal Claims

No. 09-242L

(Filed: August 9, 2011)

_____

LOIS A. BURGESS, MARY VAN ELLEN
and ADELINE M. JOHNSON, for themselves
and as representatives of a class of similarly
situated persons,

                Plaintiffs,

    v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      A telephonic status conference will be held in this case on Tuesday, August 16, 2011, at 10:00 a.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.  There shall be further briefing on pending motions for partial summary judgment until further order.

    **IT IS SO ORDERED.**

                                                     s/ Francis M. Allegra
                                                     Francis M. Allegra
                                                     Judge