# In The United States Court of Federal Claims

No. 09-242L

(Filed: February 10, 2012)

_____

LOIS A. BURGESS, MARY VAN ELLEN
and ADELINE M. JOHNSON, for themselves
and as representatives of a class of similarly
situated persons,

                      Plaintiffs,

            v.

THE UNITED STATES,

                      Defendant.

_____

**ORDER**

_____

      Oral argument on the parties' partial motions for summary judgment in this case was held on February 8, 2012.  Participating in the argument were Thomas S. Stewart, on behalf of plaintiffs, and Frank J. Singer, on behalf of defendant.   As agreed upon by the parties at oral argument, the court hereby orders as follows:

    1.      On or before February 29, 2012, plaintiffs shall file a chart laying out their position as to each of the 129 parcels at issue, and shall provide a manipulable electronic copy of said chart to defendant.  Said chart shall be in landscape format and organized with five columns as follows:

          a.      The first column shall sequentially list each parcel of land at issue in this case;

          b.      For each parcel, the second column should cite to the relevant deed(s) in the exhibits filed with the court;

          c.      The third column should indicate plaintiffs' position as regards the parcel in question; and

        d.        The two remaining columns shall be left blank.

2.        On or before March 23, 2012, defendant shall file an augmented version of the above-described chart reflecting, in the fourth column, defendant's position as regards to the parcel in question and any disagreement with plaintiff's position regarding said parcel. The fifth column on the page shall be left blank.

3.        The filing referenced in paragraph 2 shall be in normal PDF format (defendant need not separately provide the court with a manipulable electronic copy).

**IT IS SO ORDERED.**

                                                      s/ Francis M. Allegra
                                                      Francis M. Allegra
                                                      Judge