# In The United States Court of Federal Claims

No. 09-242L

(Filed:  March 6, 2012)

_____

LOIS A. BURGESS, MARY VAN ELLEN
and ADELINE M. JOHNSON, for themselves
and as representatives of a class of similarly
situated persons,

                        Plaintiffs,

            v.

THE UNITED STATES,

                        Defendant.

_____

**ORDER**

_____

      At oral argument held on February 8, 2012, and by written order of February 10, 2012, the court ordered plaintiffs to file a chart meeting certain specifications by February 29, 2012. Plaintiffs filed a chart on that date, but that chart does not comply with the requirements laid out in the court's order.  Per this court's order, the chart is to contain five columns, with the last two left blank.  Plaintiffs' chart filed on February 29, 2012, had eight columns, but only one was left blank.  Additionally, the chart is to "cite to the relevant deed(s) in the exhibits filed with this court."  The court does not possess the local Iowa property records referenced in the chart plaintiffs filed on February 29, 2012.  Rather, the chart must cite to the relevant deed(s) filed with the court as exhibits or attachments submitted by a party in this case.

      Accordingly:

      1.      Plaintiffs' filing of February 29, 2012, is hereby **STRICKEN**.

      2.      On or before March 13, 2012, plaintiffs shall file a chart laying out their position as to each of the 129 parcels at issue that complies with the order of February 10, 2012, and shall provide a manipulable electronic copy of said chart to defendant.

3.  On or before April 10, 2012, defendant shall file an augmented version of the above-described chart reflecting, in the fourth column, defendant's position as regards to the parcel in question and any disagreement with plaintiff's position regarding said parcel. The fifth column on the page shall be left blank.

**IT IS SO ORDERED.**

s/ Francis M. Allegra<br>
Francis M. Allegra<br>
Judge