# In The United States Court of Federal Claims

No. 09-242L

(Filed: June 12, 2012)
_____

LOIS A. BURGESS, MARY VAN ELLEN
and ADELINE M. JOHNSON, for themselves
and as representatives of a class of similarly
situated persons,

                    Plaintiffs,

        v.

THE UNITED STATES,

                    Defendant.

_____

**ORDER**
_____

Upon further review of the record in this case, the court finds that the following conveyance instruments are illegible.

| Deed | Included in Record As | Relevant to Claimant #s |
|---|---|---|
| UP 3148 | PFOF I.2 | 21C, 22D, 25A, 25B, 26A, 26B |
| Book M, Page 495 | PFOF II.1 | 15, 16 |
| Book M, Page 504 | PFOF II.34 | 20C, 20D, 20E, 20F |
| Book M, Page 531 | PFOF II.9 | 29 |
| Book T, Page 250 | PFOF III.I | 37B |
| Book T, Page 251 | PFOF III.9 | 54B, 55A |
| Book T, Page 254 | PFOF III.5 | 52, 53A |
| Book T, Page 325 | PFOF III.10 | 54B, 55A |
| Book T, Page 382 | PFOF III.16 | 70, 71A |
| Book U, Page 57 | PFOF IV.1 | 4, 5, 8, 9, & 10 |

Accordingly, on or before June 26, 2012, plaintiffs shall file a legible copy of each of the above instruments, or if no such copy is available, the parties shall file a stipulation as to the text of the instrument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge