# In The United States Court of Federal Claims

No. 09-242L

(Filed: March 7, 2013)

_____

LOIS A. BURGESS, MARY VAN ELLEN
and ADELINE M. JOHNSON, for themselves
and as representatives of a class of similarly
situated persons,

                Plaintiffs,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      On March 5, 2013, the court received a paper document via the United Parcel Service. Plaintiffs' counsel is listed as the shipper. The Clerk is hereby ordered to return the document to plaintiffs' counsel. If plaintiffs would like to file a paper document, they may file a motion for leave to do so, which motion should contain the required certificate of service.

    **IT IS SO ORDERED.**

                                           s/ Francis M. Allegra
                                           Francis M. Allegra
                                           Judge