# In The United States Court of Federal Claims

No. 09-242L

(Filed:  March 7, 2013)

_____

LOIS A. BURGESS, MARY VAN ELLEN
and ADELINE M. JOHNSON, for themselves
and as representatives of a class of similarly
situated persons,

                        Plaintiffs,

            v.

THE UNITED STATES,

                        Defendant.

_____

**ORDER**

_____

Today, plaintiffs filed a motion for leave to file Exhibit A to their Motion for Reconsideration on CD-ROM and in paper format only.  The motion is hereby **GRANTED**.  At the time of filing, plaintiffs shall certify that defendant was served with a copy of the exhibit.

    **IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge