# In The United States Court of Federal Claims

No. 09-242L

(Filed: May 16, 2013)

_____

LOIS A. BURGESS, MARY VAN ELLEN
and ADELINE M. JOHNSON, for themselves
and as representatives of a class of similarly
situated persons,

                Plaintiffs,

    v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On May 13, 2013, parties filed a joint status report requesting time to work toward comprehensive settlement. Accordingly, on or before July 18, 2013, and every 63 days thereafter, the parties shall file a joint status report reflecting any developments that have occurred.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge